1  DORON WEINBERG (SBN 46131)
   **WEINBERG & WILDER**
2  **523 Octavia Street**
   **San Francisco, CA 94102**
3  **Telephone:** (415) 431-3472
   **Facsimile:** (415) 552-2703
4
   Attorneys for Defendant
5  MICHAEL HUU NGUYEN

6

7              UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,    )    NO. CR-S-03-103-07 FCD
10                              )
           Plaintiff,            )    [PROPOSED]
11                              )    ORDER EXONERATING BOND
           vs.                   )
12                              )
   MICHAEL HUU NGUYEN,          )
13 et. al.,                     )
                                )
14         Defendants.           )
                                )
15 _____

16
        Good cause appearing therefor,
17
        IT IS HEREBY ORDERED that bail in the above captioned matter is exonerated and the
18
   Clerk of the Court is directed to reconvey to the sureties the property posted as bond for
19
   defendant Michael Huu Nguyen, who is now serving his sentence.
20

21

22 Dated: 4/27/05                            _____
                                             HONORABLE FRANK C. DAMRELL, JR.
23                                           United States District Judge

24

25

26

FILED
APR 2 7 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## PROOF OF SERVICE BY MAIL -- 1013(a), 2015.5 C.C.P.

I am a citizen of the United States, my business address is 523 Octavia Street, San Francisco, CA 94102. I am employed in the City and County of San Francisco, where this mailing occurs; I am over the age of eighteen years and not a party to the within cause. I served the within

**[PROPOSED] ORDER EXONERATING BOND**

on the following person(s) on the date set forth below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Post Office mail box at San Francisco, California, addressed as follows:

Anne Pings
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814


I certify or declare under penalty of perjury that the foregoing is true and correct.

Executed on April 21, 2005, at San Francisco, California.

_____
Grace Aquino